DOWD, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| Willie J. Copeland, | ) | |
| | ) | CASE NO. 3:02CV7240 |
| Plaintiff(s), | ) | |
| | ) | |
| v. | ) | JUDGMENT ENTRY |
| | ) | |
| IBEW Local No. 8, | ) | |
| | ) | |
| Defendant(s). | ) | |
| | ) | |

For the reasons set forth in the Memorandum Opinion filed contemporaneously with this

Judgment Entry, IT IS HEREBY ORDERED, ADJUDGED and DECREED that Judgment is entered

in favor of Defendant IBEW Local No. 8 and against Plaintiff Willie J. Copeland and that each party is

to bear its own costs.

IT IS SO ORDERED.


  June 7, 2005                           */s/ David D. Dowd, Jr.*
Date                                      David D. Dowd, Jr.
                                          U.S. District Judge